JS-6

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| TIMOTHY HOLMES,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation; and DOES 1 through 50,<br><br>            Defendants. | No. CV 25-3636-DMG (ASx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [21]** |

18
19
20
21
22
23

Pursuant to the Parties' Joint Stipulation to Dismiss Entire Action with Prejudice filed on October 29, 2025 [Doc. # 21], and good cause appearing, the Court hereby **APPROVES** the Joint Stipulation and **DISMISSES** the above-captioned action, in its entirety, **with prejudice**.  The Court will retain jurisdiction to enforce the Settlement Agreement, if needed.

24

**IT IS SO ORDERED.**

25

DATED:  November 4, 2025

26
27

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

28